PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Luke Aaron Follet        Case Number:   0868 1:20CR00102

Name of Sentencing Judicial Officer:   Daniel M. Traynor, U.S. District Court Judge

Date of Original Sentence:  May 10, 2021

Original Offense:        Assaulting and Resisting a Federal Officer

Original Sentence:       18 months on each Counts 1 and 2, followed by 3 years supervised release

Type of Supervision: TSR          Date Supervision Commenced:  2/14/2022

Asst. U.S. Attorney: Brandi Sasse Russell        Defense Attorney: Christopher P. Bellmore

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | As directed by the court, if during the period of supervised release, the supervising probation officer determines you are in need of placement in a Residential Reentry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervision probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer. **On May 2, 2022, Mr. Follet assaulted another resident on Centre Inc. Mandan property. On May 3, 2022, Mr. Follet was unsuccessfully discharged from Centre Inc. Mandan North Dakota after not following facility policies. This is believed to be in violation of his special conditions of supervision.** |

PROB 12C
(Rev. 2/13)
Follet, Luke
0868 1:20CR00102

2.    Defendant must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C.802 or state statue, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g. synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. **On February 25, 2022, Mr. Follet consumed alcohol while in Centre Inc. Mandan. This is believed to be in violation of his special conditions of supervision.**

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for Mr. Follet and that hearings be held to determine if he has violated the terms and conditions of supervision.

☐ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2022

/s/ Cody Duchscherer
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

3 May 2022
Date