# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Luke Aaron Follet, Jr., | ) | Case No. 1:20-cr-102 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in a petition with violating his conditions of supervised release. On December 12, 2022, the court convened a combined preliminary hearing and detention hearing for defendant. At the outset of the hearing, defendant waived his right to a preliminary hearing. The parties further advised that they were in agreement that defendant could be released with the understanding that he would reside F5 in Fargo, North Dakota, and that his probation officer would secure a bus ticket for him to travel to F5 on December 16, 2022.

The court accepts defendant's waiver of his right to preliminary hearing, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Based on defendant's waiver, the court further finds that there is probable cause on the face of the petition to believe that defendant violated his conditions of supervised release as alleged.

Pursuant to the parties' agreement, the court shall release defendant on December 16, 2022, subject to his existing conditions of supervised release and with the additional conditions that he: (1) travel to Fargo using the bus ticket provided to him by his probation officer and immediately report to and reside at F5 upon his arrival in Fargo; (2) not change his residence without prior authorization from his probation officer; (3) fully participate in F5's programming and fully comply

with F5's rules and regulations; (4) submit to a drug and alcohol screening upon his arrival at F5; and (5) wear a "drug patch" as directed by his probation officer. Defendant shall remain in custody until December 16, 2022.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2022.

/s/ Clare R. Hochhlater
Clare R. Hochhalter, Magistrate Judge
United Stats District Court