IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE AARON FOLLET,<br><br>Defendant. | Case No. 1:20-cr-00102<br><br>DISMISSAL OF PETITION FOR REVOCATION OF PROBATION |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Assistant United States Attorney for the District of North Dakota hereby moves to dismiss the Petition for Warrant or Summons For Offender Under Supervision without prejudice filed December 2, 2022, by United States Probation Officer Cody Duchscherer against Luke Aaron Follet, Defendant, as the parties have reached an alternative resolution concerning Mr. Follet's alleged probation violations, specifically, a modification which includes placement at the F5 Project, a sober living facility, located in Fargo, North Dakota, which now does not warrant a revocation of his probation. The United States requests leave to file such dismissal.

Dated: January 19, 2023.

        MAC SCHNEIDER
        United States Attorney


By: *Brandi Sasse Russell*
      BRANDI SASSE RUSSELL
      Assistant United States Attorney
      P. O. Box 699
      Bismarck, ND  58502-0699
      (701) 530-2420
      N.D. Bar Board ID No. 05661
      Attorney for United States