PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Luke Aaron Follet   Case Number:   0868 1:20CR00102

Name of Sentencing Judicial Officer:   Daniel L. Hovalnd, U.S. District Court Judge

Date of Original Sentence:  May 10, 2021

Original Offense:　　　Ct. 1: Assaulting and Resisting a Federal Officer
　　　　　　　　　　　Ct. 2: Assaulting Resulting in Substantial Bodily Injury to Intimate Partner

Original Sentence:　　　　　　　　　18 months incarceration; 3 years supervised release
Revocation Sentence 05/23/2022:　　6 months incarceration; 2 years of supervised release
Revocation Sentence 09/27/2023:　　7 months incarceration; 12 months of supervised release

Type of Supervision: TSR　　　　　Date Supervision Commenced: 3/21/2024

Asst. U.S. Attorney: Brandi  Sasse Russell　　　Defense Attorney: Anne  Carter

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | **On 07/18/24, Mr. Follet submitted a urine sample which tested positive for alcohol, methamphetamine and amphetamine. Mr. Follett admitted to this usage.** This is in violation of special condition number one (1), which states that you must totally abstain from drugs and alcohol. |
| 2) | **On 11/04/24, a complaint was signed by the clerk of court with the Spirit Lake Tribal Court located in Fort Totten, North Dakota charging Mr. Follet with Domestic Abuse and Sexual Assault** This is in violation of mandatory condition number one (1), which states that you must not commit another federal, state or local crime. |

PROB 12C
(Rev. 2/13)
Follet, Luke
0868 1:20CR00102

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued and hearings be held to determine if Mr. Follet violated his terms and conditions of release.

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>November 7, 2024</u>

/s/ Nicholas J. Larson
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.
☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.
☐ The Issuance of a Summons.
☐ Other

_____
Signature of Judicial Officer

<u>November 7, 2024</u>
Date